### BRADLEY *v.* THE STATE.

COBB, J.  No error of law was complained of.  The evidence fully authorized the verdict.  The alleged newly discovered evidence, even if of such a character as to authorize the granting of a new trial, did not require it; and the discretion of the trial judge, exercised in refusing a new trial, will not be controlled.  *Judgment affirmed.  All the Justices concur.*

Submitted July 18, —Decided August 9, 1904.

Accusation of cheating and swindling.  Before Judge Reynolds. City court of Waycross.  May 10, 1904.

*John T. Myers* and *Spence & Spence*, for plaintiff in error. *J. Walter Bennett, solicitor,* contra.